UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20058-CIV-KING/GARBER

**JEFTE REYES ALVAREZ,**

    **Plaintiff,**

**vs.**

**MICHAEL MUKASEY, ATTORNEY
GENERAL OF THE UNITED
SATES, et al.,**

    **Defendants.**

_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss under Fed.R.Civ.P. 12(b)(6) for Failure to State a Claim Upon Which Relief Can Be Granted (D.E. #8), filed April 8, 2008. No response has been filed by Plaintiff and the time to do so has passed.

On June 27, 2005, Plaintiff Jefte Reyes Alvarez filed an I-129 (L) Petition for Non Immigrant worker with the Texas Service Center in Dallas, Texas. The Petition was denied on November 18, 2005. This denial gave Plaintiff thirty-three days in which to file an appeal. On December 21, 2005, Plaintiff filed an appeal with the incorrect office and such appeal was returned to Plaintiff. Plaintiff then filed the appeal again, this time with the correct office. On March 6, 2007, the Servicing Center that received the subsequent appeal found it to be untimely and additionally found that Plaintiff was not entitled to the benefit sought.

Plaintiff filed his Complaint for Declaratory and Injunctive Relief on January 8, 2008. The Complaint sought judicial review of the Administrative Appeals Office decision denying an administrative appeal as *untimely* filed because it was mailed to another USCIS office in contrast to the instructions contained in the appeal form.

On April 8, 2008, Defendants filed the instant motion alleging that Plaintiff's complaint fails to state a claim upon which relief can be granted and should therefore be dismissed. Specifically, Defendants argue that Plaintiff did not properly execute his appeal in compliance with the instructions on the I-290B Notice of Appeal form.[1] Plaintiff's failure to follow the instructions resulted in a filing date of January 9, 2005 which was 52 days after the director's adverse decision was sent to petitioner (19 days after the thirty-three day deadline). As such, the AAO's rejection of the appeal as untimely was proper. In addition, Defendants assert that even if Plaintiff's appeal was timely filed, the case would still have been denied because the appeal was also denied on its merits for not being qualified for the visa classification sought.

Based on the foregoing arguments set forth by Defendants and having not received Plaintiff's Response, it is

ORDERED, ADJUDGED and DECREED as follows:

1. Defendants' Motion to Dismiss under Fed.R.Civ.P. 12(b)(6) for Failure to State a Claim Upon Which Relief Can Be Granted (**D.E. #8**) be, and the same is hereby

---

[1] Every document submitted on the form prescribed by Chapter I of Title 8 "shall be executed and filed in accordance with the instructions on the form, such instructions (including where an application or petition should be filed)" being incorporated into the particular section of the regulations in this chapter requiring its submission. 8 C.F.R. 103.2(a)(1).

**GRANTED**, and the above-styled action is hereby **DISMISSED** with prejudice for failure to state a cause of action.

2. All pending motions be, and the same, are hereby DENIED as Moot.

3. The Clerk of Court shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of June, 2008.

```
                    JAMES LAWRENCE KING
                    U.S. DISTRICT JUDGE
                    SOUTHERN DISTRICT OF FLORIDA
```

cc:
**Plaintiff**
Jefte Reyes Alvarez, *Pro Se*
80-25 Lake Dr. Apt 102
Doral, Fl 33166

**Counsel for Defendants**
Milton Aponte
United States Attorney's Office
Federal Justice Building
99 NE 4th Street
Miami, FL 33132
305-961-9404
Fax: 530-7139
Email: Milton.Aponte2@usdoj.gov